Scott Thomas Green, SBN 82220
Daniel J. Spurgeon, SBN 265915
Jamie N. Stein, SBN 219761
**THE GREEN LAW GROUP, LLP**
1777 E. Los Angeles Avenue
Simi Valley, California 93065
Tel: (805) 306-1100; Fax: (805) 306-1300
scott@thegreenlawgroup.com
daniel@thegreenlawgroup.com
jamie@thegreenlawgroup.com

Attorneys for Plaintiff LUCIA CORTEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA CORTEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Denver corporation; CHIPOTLE SERVICES, LLC, a Colorado limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-CV-04787-GW(JPRx)<br><br>**PLAINTIFF'S DISCLOSURE OF NON-RETAINED EXPERT WITNESSES**<br><br>**DEPT: 9D-9th Floor**<br><br>Hon. George H. Wu<br>Courtroom 9D-9th Floor<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>**Trial Date: June 19, 2018** |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff submits the following list of potential expert witnesses in this matter, the subject matter on which each is expected to testify, and summary of the facts and opinions on which the witness is expected to testify. The listed experts are past treating medical providers for Plaintiff Lucia Cortez.

1. Dr. Natwalee Kittisarapong, D.O. is a physician at Kaiser Permanente, Woodland Hills Medical Center, in the emergency medicine department. Dr. Kittisarapong will testify about medical observations, diagnosis, and treatment she provided to Ms. Cortez at the time of Ms. Cortez' emergency visit on September 16, 2016, and to the following facts and opinions:
   a. That Ms. Cortez was approximately five weeks pregnant at the time of the visit.
   b. That Ms. Cortez was suffering a miscarriage.
   c. That Ms. Cortez needed to follow up with health care providers in three days.
   d. That Ms. Cortez should return to emergency care if her symptoms worsened.
   e. That the loss of a pregnancy could cause mental health problems, including depression and anxiety.
2. Dr. Alexander David Wong, M.D. is a physician at Kaiser Permanente, Woodland Hills Medical Center, in the OB/GYN department. Dr. Wong will testify as to his medical observations and treatment he provided to Ms. Cortez at the time of Ms. Cortez' visit on September 26, 2016, and to the following facts and opinions:
   a. That Ms. Cortez suffered a miscarriage.
   b. That Ms. Cortez was feeling depressed at the time of her visit.
   c. That Ms. Cortez was unable to work at the time of her visit.
   d. The issuance of an off work note provided to Ms. Cortez.
   e. That the loss of a pregnancy may cause mental health conditions, including depression and anxiety.
3. Ella Armine Weiss, formerly known as Marlene Armine Der Sarkissian, is a marriage and family therapist at Kaiser Permanente, Erwin Street Medical Offices in the psychiatry department. Ms. Weiss will testify

PLAINTIFF'S DISCLOSURE OF NON-RETAINED EXPERT WITNESSES

about clinical mental health observations, diagnosis and treatment she administered to Ms. Cortez, and to the following facts and opinions:

    a. That Ms. Cortez suffered from a major depressive disorder, severe in nature, and generalized anxiety disorder.

    b. That Ms. Cortez' miscarriage was the primary cause of her mental health condition.

    c. That Ms. Cortez was unable to work from the time of her miscarriage until approximately January 11, 2017.

    d. That Ms. Cortez' depression had improved from severe to mild by January 20, 2017.

4. Dr. Marjorie Elyce Adler, M.D. is a psychiatry specialist and neurologist at Kaiser Permanente, Erwin Street Medical Offices in the psychiatry department. Dr. Adler will testify about medical mental health observations, diagnosis and treatment she administered to Ms. Cortez, and to the following facts and opinions:

    a. That Ms. Cortez suffered from a major depressive disorder, severe in nature, and generalized anxiety disorder.

    b. That Ms. Cortez' miscarriage was the primary cause of her mental health problems.

    c. That she prescribed Prozac to Ms. Cortez on November 1, 2016.

    d. That the use of Prozac caused Ms. Cortez' mental health problems to become more severe.

    e. That she prescribed Zoloft to Ms. Cortez on January 11, 2017.

    f. Side effects of Prozac and Zoloft.

///
///
///
///
///
///

g. That Ms. Cortez was unable to work from the time of her miscarriage until approximately January 11, 2017.

DATED: March 21, 2018

THE GREEN LAW GROUP, LLP

By: *[signature]*

Scott Thomas Green
Daniel L. Spurgeon
Jamie N. Stein
Attorneys for Plaintiff Lucia Cortez

THE GREEN LAW GROUP, LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF VENTURA )

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1777 E. Los Angeles Avenue, Simi Valley, CA 93065. On March 21, 2018, I served the foregoing document described as **PLAINTIFF'S DISCLOSURE OF NON-RETAINED EXPERT WITNESSES** on all interested parties in this action by placing [ ] the original [✓] a true copy thereof enclosed in sealed envelopes [✓] addressed as stated on the attached mailing list [ ] addressed as follows:

*Attorneys for Defendants, Chipotle Mexican Grill, Inc.; Chipotle Services, LLC*

**MESSNER REEVES, LLP**
Charles C. Cavanagh (CA SBN 198468)
Kathleen J. Mowry (CA SBN - *Pro Hac Vice Admission Pending*)
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Tel: (303) 623-1800; Fax: (303) 623-0552
E-MAIL: CCAVANAGH@MESSNER.COM; BGRUMBLEY@MESSNER.COM; KMOWRY@MESSNER.COM

[✓]   **BY U.S. MAIL - [CCP §1013(a)]**
[✓]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Simi Valley, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing the affidavit.

[✓]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2018, at Simi Valley, California.

*Lori Hamblin*
**Lori Hamblin**

THE GREEN LAW GROUP, LLP

1

PROOF OF SERVICE