1  MESSNER REEVES LLP
   Charles C. Cavanagh (CA State Bar No. 198468)
2  Kathleen J. Mowry (CO State Bar No. 23324, admitted pro hac vice)
   1430 Wynkoop Street, Suite 300
3  Denver, Colorado 80202
   Telephone: (303) 623-1800
4  Facsimile: (303) 623-0552

5  E-mail: ccavanagh@messner.com
   kmowry@messner.com
6
   Attorneys for Defendants
7  CHIPOTLE MEXICAN GRILL, INC.
   CHIPOTLE SERVICES, LLC
8

9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                           WESTERN DIVISION
12

13 LUCIA CORTEZ,                      ) Case No.: 17-CV-04787-GW
                                      )
14         Plaintiff,                 ) **NOTICE OF LODGING OF
                                      ) [PROPOSED] ORDER GRANTING
15                                    ) DEFENDANTS' MOTION IN LIMINE
                                      ) NO. 2 TO EXCLUDE ALL EVIDENCE
16 v.                                 ) RELATING TO ALLEGATIONS AND
                                      ) EVIDENCE OF DRUG USE BY DAVIS
17 CHIPOTLE MEXICAN GRILL, INC.;      ) SCOTTY SHADIX**
   CHIPOTLE SERVICES, LLC; and        )
18 DOES 1 to 50, inclusive            )
                                      )
19                                    ) Hon. George H. Wu
           Defendants                 ) Courtroom 9D-9th Floor
20                                    )
                                      ) Removal Date: June 29, 2017
21                                    ) Pretrial Date:  January 31, 2019
                                      ) Trial Date:     February 12, 2019
22                                    )

23

24

25

26

27

28

---
**NOTICE OF LODGING OF [PROPOSED] ORDER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendants', hereby lodge, as attached hereto, the Proposed Order Granting Defendants' Motion In Limine No. 2 to Exclude All Evidence Relating To Allegations and Evidence of Drug Use By Davis Scotty Shadix.

Executed this 10th day of January, 2019, at Los Angeles, California.

_____
Charles C. Cavanagh
Kathleen J. Mowry
Attorneys for Defendants

NOTICE OF LODGING OF [PROPOSED] ORDER