**THE GREEN LAW GROUP, LLP**
Scott Thomas Green (SBN 82220)
    SCOTT@THEGREENLAWGROUP.COM
Jamie N. Stein (SBN 219761)
    JAMIE@THEGREENLAWGROUP.COM
Matthew T. Bechtel (SBN 260450)
    MATTHEW@THEGREENLAWGROUP.COM
1777 E. Los Angeles Avenue
Simi Valley, California 93065
Tel: (805) 306-1100 | Fax: (805) 306-1300

Attorneys for Plaintiff LUCIA CORTEZ

**MESSNER REEVES LLP**
Charles C. Cavanagh, (SBN 198468)
    CCAVANAGH@MESSNER.COM
Kathleen J. Mowry (Pro Hac Vice)
    KMOWRY@MESSNER.COM
1430 Wynkoop Street, Suite 300
Denver, Colorado  80202
Tel: (303) 623-1800 | Fax: (303) 623-0552

Attorneys for Defendants
CHIPOTLE MEXICAN GRILL, INC.
and CHIPOTLE SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LUCIA CORTEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>CHIPOTLE SERVICES, LLC; and<br>DOES 1 to 50, inclusive<br><br>      Defendants. | Case No: 2:17-cv-04787-GW-JPR<br><br>ASSIGNED TO THE HONORABLE<br>GEORGE H. WU<br><br>**PLAINTIFF'S AND DEFENDANTS'<br>PROPOSED SPECIAL VERDICT<br>FORMS**<br><br>Removal Date:     June 29, 2017<br>Final Pretrial Conf.:  January 31, 2019<br>Trial Date:         February 12, 2019 |

1
2
3          Plaintiff Lucia Cortez, and Defendants Chipotle Mexican Grill, Inc. and Chipotle
4    Services, LLC, hereby submit their proposed Special Verdict Forms for use at the
5    upcoming trial of this matter.  Plaintiff's proposed forms are contained in pages 1
6    through 22.  Defendants' proposed forms are contained in page 23 through 60.
7
8    DATED: January 25, 2019          **THE GREEN LAW GROUP, LLP**
9
                                      By:   /s/ Matthew T, Bechtel
10                                          Scott Thomas Green
11                                          Jamie N. Stein
                                            Matthew T. Bechtel
12                                    Attorneys for Plaintiff Lucia Cortez
13
14   DATED: January 25, 2019          **MESSNER REEVES, LLP**
15
                                      By:   /s/
16                                          Charles C. Cavanagh
17                                          Kathleen J. Mowry
                                      Attorneys for Defendants
18
19   The ECF filer attests that all other signatories listed, and on whose behalf the filing is
20   submitted, concur in the filing's content and have authorized the filing.
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SPECIAL VERDICT FORM**

**DISABILITY DISCRIMINATION & WRONGFUL TERMINATION**

We answer the questions submitted to us as follows:

1. Was Ms. Cortez employed by Chipotle Services LLC?

   _____ Yes   _____ No

2. Was Ms. Cortez employed by Chipotle Mexican Grill, Inc.?

   _____ Yes   _____ No

   **If your answer to questions 1 or 2 is yes, then answer questions 3 through 14. If you answered no to questions 1 and 2, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. At the time of her discharge, did Ms. Cortez have a mental or psychological disorder or condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

   _____ Yes   _____ No

4. At the time of her discharge, did Ms. Cortez have any other mental or psychological disorder or condition not described in question 3 that requires special education or related services?

   _____ Yes   _____ No

5. At the time of her discharge, did Defendants know that Ms. Cortez previously had a mental or psychological disorder or condition?

   _____ Yes   _____ No

6. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any mental condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

   _____ Yes   _____ No

7.  At the time of her discharge, did Ms. Cortez have any physiological disease, disorder, condition, cosmetic disfigurement, or anatomical loss that does both of the following: (a) Affects one or more of the following body systems: neurological, immunological, musculoskeletal, special sense organs, respiratory, including speech organs, cardiovascular, reproductive, digestive, genitourinary, hemic and lymphatic, skin, and endocrine; and (b) that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes   _____ No

8.  At the time of her discharge, did Ms. Cortez have any other health impairment not described in question 7 that requires special education or related services?

_____ Yes   _____ No

9.  At the time of her discharge, did Defendants know that Ms. Cortez previously had a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment described in questions 7 or 8?

_____ Yes   _____ No

10. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any physical condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes   _____ No

11. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or having had, a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment that has no present disabling effect but may become a physical disability as described in questions 7 or 8?

_____ Yes   _____ No

12. If you answered yes to any questions from 3 through 11, then Ms. Cortez had a disability under the law.  Was Ms. Cortez's disability a substantial motivating reason for Defendant's decision to terminate Ms. Cortez?

_____ Yes   _____ No

13. At the time of her discharge, was Ms. Cortez capable of doing the essential functions of her job?

_____ Yes   _____ No

**If you answered no to question 13, continue with question 14.  If you answered yes to question 13, skip to question 16.**

14. At the time of her discharge, would Ms. Cortez have been capable of doing the essential functions of her job with a reasonable accommodation?

_____ Yes   _____ No

**If you answered no to question 14, continue with question 15.  If you answered yes to question 14, skip to question 16.**

15. If Defendants granted Ms. Cortez additional leave, would Ms. Cortez have been capable of doing the essential functions of her job at the conclusion of the additional leave?

_____ Yes   _____ No

**If you answered no to question 15, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered yes to question 15, continue with question 16.**

16. Prior to her discharge, did Defendants grant Ms. Cortez additional disability leave?

_____ Yes   _____ No

**If your answer to question 16 is yes, then answer question 17. If you answered no to questions 16, skip to question 19.**

PLAINTIFF'S & DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

17. When Defendants granted Ms. Cortez additional leave, was a definite return date agreed upon between Defendants and Ms. Cortez.

_____ Yes  _____ No

**If your answer to question 17 is yes, then answer question 18. If you answered no to question 17, skip to question 19.**

18. Did Defendants terminate Ms. Cortez prior to the mutually agreed upon return date?

_____ Yes  _____ No

19. When Defendants initially granted Ms. Cortez FMLA leave, was a definite return date agreed upon between Defendants and Ms. Cortez.

_____ Yes  _____ No

**If your answer to question 19 is yes, then answer question 20. If you answered no to question 19, skip to question 21.**

20. Did Defendants terminate Ms. Cortez prior to the mutually agreed upon return date?

_____ Yes  _____ No

21. Did Defendants allow Ms. Cortez to return to work within two business days, or if two business days was not feasible, as soon as possible after Ms. Cortez notified Defendants of her intent to return?

_____ Yes  _____ No

**If your answer to question 21 is yes, then answer question 22. If you answered no to question 21, skip to question 23.**

22. Did Ms. Cortez fail to return to work after being reinstated?

_____ Yes  _____ No

**If your answer to question 22 is yes, then answer question 23. If you answered no to question 22, skip to question 24.**

23. Was Ms. Cortez's failure to return to work after being reinstated a substantial motivating reason for Defendants' decision to terminate Ms. Cortez?

_____ Yes _____ No

24. Was Ms. Cortez's job performance a substantial motivating factor for Defendant's decision to terminate Ms. Cortez?

_____ Yes _____ No

**If your answer to question 23 or 24 is yes, then answer question 25. If you answered no to questions 23 and 24, skip to question 26.**

25. If you answered yes to question 23 or 24, you have determined that Defendants' decision to terminate Ms. Cortez was substantially motivated by unlawful reasons (i.e. disability discrimination) and lawful reasons (poor job performance and/or failure to return to work after being reinstated). Did Defendants prove that they would have discharged Ms. Cortez anyway based solely on lawful reasons?

_____ Yes _____ No

**If your answer to question 25 is no, then continue with question 26.  If you answered yes to question 25, stop here, answer no further questions, and have the presiding juror sign and date this form.**

26. Was Ms. Cortez's failure to provide medical certification showing her entitlement to leave a substantial motivating factor for Defendant's decision to terminate Ms. Cortez?

_____ Yes _____ No

**If your answer to question 26 is yes, then continue with question 27. If you answered no to question 26, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to**

**question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

27. Did Defendants notify Ms. Cortez of her need to provide medical certification within two day of Ms. Cortez requesting leave?

_____ Yes  _____ No

28. Did Defendants notify Ms. Cortez of the deadline to provide medical certification?

_____ Yes  _____ No

29. Did Defendants notify Ms. Cortez of what constitutes sufficient medical certification, and provide her with a medical certification form to be completed by her health-care provider?

_____ Yes  _____ No

30. At the time Ms. Cortez requested leave, did Defendants notify Ms. Cortez that she may be terminated if she failed to provide medical certification?

_____ Yes  _____ No

**If your answer to all questions from 27 through 30 is yes, then answer question 31. If you answered no to any question from 27 through 30, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

31. Did Ms. Cortez provide Defendants with medical certification within the longer of: (1) 15 days from when she was informed of the need to provide medical certification; (2) the time set by Defendants; or (3) as soon as reasonably possible?

_____ Yes  _____ No

**If your answer to question 31 is yes, then answer question 32. If you answered no to question 31, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

32. Did Defendants notify Ms. Cortez that the medical certification she provided was inadequate?

_____ Yes   _____ No

**If your answer to question 32 is yes, then answer question 33. If you answered no to question 32, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

33. Did Defendants provide Ms. Cortez a reasonable opportunity to cure any deficiency in the medical certification?

_____ Yes   _____ No

**If your answer to question 33 is yes, then answer question 34. If you answered no to question 33, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

34. Did Ms. Cortez cure any deficiency in the medical certification?

_____ Yes   _____ No

**If your answer to question 34 is no, then answer question 35. If you answered yes to question 34, then stop here, have the presiding juror sign and date this form, and also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."**

35. If you answered no to question 34, you have determined that Defendants' decision to terminate Ms. Cortez was substantially motivated by an unlawful reason (discrimination) and a lawful reason (failure to provide medical certification). Did Defendants prove that they would have discharged Ms. Cortez anyway based solely on the lawful reason?

_____ Yes   _____ No

**If your answer to question 35 is no, then also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If your answer to question 14 or 15 is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS."  If you answered yes to question 35, stop here, answer no further questions, and have the presiding juror sign and date this form.**

DATED: _____     Signed: _____

Presiding Juror

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom**

## SPECIAL VERDICT FORM

## WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY

We answer the questions submitted to us as follows:

1. Was Ms. Cortez employed by Chipotle Services LLC?

   _____ Yes  _____ No

2. Was Ms. Cortez employed by Chipotle Mexican Grill, Inc.?

   _____ Yes  _____ No

   **If your answer to questions 1 or 2 is yes, then answer questions 3 through 14. If you answered no to questions 1 and 2, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. At the time of her discharge, was Ms. Cortez unable because of pregnancy to perform any one or more of the essential functions of her job, or unable to perform any functions without undue risk to herself, to her pregnancy's successful completion, or to other persons?

   _____ Yes  _____ No

4. In the opinion of her healthcare provider, did Ms. Cortez need to take time off work for recovery from a condition related to childbirth or the loss or end of pregnancy?

   _____ Yes  _____ No

5. At the time of her discharge, did Ms. Cortez have a medically recognized physical or mental condition related to pregnancy, childbirth, or recovery from pregnancy or childbirth?

   _____ Yes  _____ No

6. At the time of her discharge, did Ms. Cortez have a mental or psychological disorder or condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

   _____ Yes  _____ No

7. At the time of her discharge, did Ms. Cortez have any other mental or psychological disorder or condition not described in question 6 that requires special education or related services?

_____ Yes   _____ No

8. At the time of her discharge, did Defendants know that Ms. Cortez previously had a mental or psychological disorder or condition?

_____ Yes   _____ No

9. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any mental condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes   _____ No

10. At the time of her discharge, did Ms. Cortez have any physiological disease, disorder, condition, cosmetic disfigurement, or anatomical loss that does both of the following: (a) Affects one or more of the following body systems: neurological, immunological, musculoskeletal, special sense organs, respiratory, including speech organs, cardiovascular, reproductive, digestive, genitourinary, hemic and lymphatic, skin, and endocrine; and (b) that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes   _____ No

11. At the time of her discharge, did Ms. Cortez have any other health impairment not described in question 10 that requires special education or related services?

_____ Yes   _____ No

12. At the time of her discharge, did Defendants know that Ms. Cortez previously had a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment described in questions 10 or 11?

_____ Yes   _____ No

PLAINTIFF'S & DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

13. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any physical condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes   _____ No

14. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or having had, a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment that has no present disabling effect but may become a physical disability as described in questions 10 or 11?

_____ Yes   _____ No

**If you answered no to questions 3 through 14, then skip to question 16.  If you answered yes to any questions from 3 through 14, answer question 15.**

15. If you answered yes to any questions from 3 through 14, then Ms. Cortez had a disability under the law.  Was Ms. Cortez's disability a substantial motivating factor for Defendant's decision to terminate Ms. Cortez?

_____ Yes   _____ No

16. At the time of her discharge, had Ms. Cortez previously taken pregnancy or disability leave?

_____ Yes   _____ No

17. Prior to her discharge, did Ms. Cortez request additional pregnancy or disability leave?

_____ Yes   _____ No

**If you answered no to questions 16 and 17, then skip to question 19.  If you answered yes to questions 16 or 17, answer question 18.**

18. Did Ms. Cortez's taking of disability leave, or her request to take additional disability leave, contribute to Defendant's decision to terminate Ms. Cortez?

_____ Yes   _____ No

**If your answer to question 15 or 18 is yes, then answer question 19. If you answered no to questions 15 and 18, stop here, answer no further questions, and have the presiding juror sign and date this form.**

19. Prior to her discharge, did Defendants grant Ms. Cortez additional disability leave?

    _____ Yes   _____ No

**If your answer to question 16 or 19 is yes, then answer question 20. If you answered no to questions 16 and 19, skip to question 22.**

20. When Defendants initially granted Ms. Cortez leave, or granted additional leave, was a definite return date agreed upon between Defendants and Ms. Cortez.

    _____ Yes   _____ No

**If your answer to question 20 is yes, then answer question 21. If you answered no to question 20, skip to question 22.**

21. Did Defendants terminate Ms. Cortez prior to the mutually agreed upon return date?

    _____ Yes   _____ No

22. Did Defendants allow Ms. Cortez to return to work within two business days, or if two business days was not feasible, as soon as possible after Ms. Cortez notified Defendants of her intent to return?

    _____ Yes   _____ No

**If your answer to question 22 is yes, then answer question 23. If you answered no to question 22, skip to question 24.**

23. Did Ms. Cortez fail to return to work after being reinstated?

    _____ Yes   _____ No

**If your answer to question 23 is yes, then answer question 24. If you answered no to question 23, skip to question 25.**

24. Was Ms. Cortez's failure to return to work after being reinstated a substant8ual motivating factor for Defendant's decision to terminate Ms. Cortez?

_____ Yes _____ No

25. Was Ms. Cortez's job performance a substantial motivating factor for Defendant's decision to terminate Ms. Cortez?

_____ Yes _____ No

**If your answer to question 24 or 25 is yes, then answer question 26. If you answered no to questions 24 and 25, skip to question 27.**

26. If you answered yes to question 24 or 25, you have determined that Defendants' decision to terminate Ms. Cortez was substantially motivated by unlawful factors (i.e. disability discrimination and/or retaliation for taking or seeking leave) and lawful factors (poor job performance and/or failure to return to work after being reinstated). Did Defendants prove that they would have discharged Ms. Cortez anyway based solely on lawful factors?

_____ Yes _____ No

**If your answer to question 26 is no, then also complete "SPECIAL VERDICT FORM – DAMAGES" and "SPECIAL VERDICT FORM - FAILURE TO PREVENT DISCRIMINATION OR RETALIATION." If you answered yes to question 26, stop here, answer no further questions, and have the presiding juror sign and date this form.**

DATED: _____       Signed: _____

                                                        Presiding Juror

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom**

**SPECIAL VERDICT FORM**

**FAILURE TO PROVIDE REASONABLE ACCOMMODATION**

We answer the questions submitted to us as follows:

1. Was Ms. Cortez employed by Chipotle Services LLC?

    _____ Yes  _____ No

2. Was Ms. Cortez employed by Chipotle Mexican Grill, Inc.?

    _____ Yes  _____ No

    **If your answer to questions 1 or 2 is yes, then continue with question 3.  If you answered no to questions 1 and 2, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. At the time of her discharge, did Ms. Cortez have a mental or psychological disorder or condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

    _____ Yes  _____ No

4. At the time of her discharge, did Ms. Cortez have any other mental or psychological disorder or condition not described in question 3 that requires special education or related services?

    _____ Yes  _____ No

5. At the time of her discharge, did Defendants know that Ms. Cortez previously had a mental or psychological disorder or condition?

    _____ Yes  _____ No

6. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any mental condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

    _____ Yes  _____ No

7. At the time of her discharge, did Ms. Cortez have any physiological disease, disorder, condition, cosmetic disfigurement, or anatomical loss that does both of the following: (a) Affects one or more of the following body systems: neurological, immunological, musculoskeletal, special sense organs, respiratory, including speech organs, cardiovascular, reproductive, digestive, genitourinary, hemic and lymphatic, skin, and endocrine; and (b) that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes  _____ No

8. At the time of her discharge, did Ms. Cortez have any other health impairment not described in question 7 that requires special education or related services?

_____ Yes  _____ No

9. At the time of her discharge, did Defendants know that Ms. Cortez previously had a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment described in questions 7 or 8?

_____ Yes  _____ No

10. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or previously having, any physical condition that made it more difficult to engage in any one of the following: (1) physical activities, (2) mental activities, (3) social activities, or (4) work?

_____ Yes  _____ No

11. At the time of her discharge, did Defendants regard or treat Ms. Cortez as having, or having had, a disease, disorder, condition, cosmetic disfigurement, anatomical loss, or health impairment that has no present disabling effect but may become a physical disability as described in questions 7 or 8?

_____ Yes  _____ No

PLAINTIFF'S & DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

**If you answered no to questions 3 through 11, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered yes to any questions from 3 through 11, continue with question 12.**

12. If you answered yes to any questions from 3 through 11, then Ms. Cortez had a disability under the law.  Was Ms. Cortez's disability a substantial motivating reason for Defendant's decision to terminate Ms. Cortez?

_____ Yes   _____ No

**If you answered no to question 12, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered yes to question 12, continue with question 13.**

13. At the time of her discharge, was Ms. Cortez capable of doing the essential functions of her job?

_____ Yes   _____ No

**If you answered no to question 13, continue with question 14.  If you answered yes to question 13, stop here, answer no further questions, and have the presiding juror sign and date this form.**

14. At the time of her discharge, would Ms. Cortez have been capable of doing the essential functions of her job with a reasonable accommodation?

_____ Yes   _____ No

**If you answered yes to question 14, skip to question 16.  If you answered no to question 14, continue with question 15.**

15. If Defendants granted Ms. Cortez additional leave, would Ms. Cortez have been capable of doing the essential functions of her job at the conclusion of the additional leave (with or without reasonable accommodation)?

_____ Yes   _____ No

1    **If you answered no to question 15, stop here, answer no further questions,**
2    **and have the presiding juror sign and date this form. If you answered yes**
3    **to question 15, continue with question 16.**

4    16. Prior to her discharge, did Defendants provide Ms. Cortez with a reasonable
5    accommodation?

6    _____ Yes   _____ No

7    **If your answer to question 16 is no, then also complete "SPECIAL**
8    **VERDICT FORM – DAMAGES"  If your answer to question 13, 14, or 15**
9    **is yes, then also complete "SPECIAL VERDICT FORM – FAILURE TO**
10   **ENGAGE IN AN INTERACTIVE PROCESS."  If you answered yes to**
11   **question 16, stop here, answer no further questions, and have the**
12   **presiding juror sign and date this form.**

14   DATED: _____        Signed: _____

15                                              Presiding Juror

17   **After all verdict forms have been signed, notify the clerk that you are ready to**
18   **present your verdict in the courtroom**

1    **SPECIAL VERDICT FORM**

2    **FAILURE TO PREVENT DISCRIMINATION OR RETALIATION**

3         You should only complete this form if you were directed to do so in

4    "SPECIAL VERDICT FORM - DISABILITY DISCRIMINATION & WRONGFUL

5    TERMINATION" or "SPECIAL VERDICT FORM – WRONGFUL

6    TERMINATION IN VIOLATION OF PUBLIC POLICY"

7    We answer the questions submitted to us as follows:

8         1.  Did Defendants take all reasonable steps to prevent the discrimination or

9             retaliation suffered by Ms. Cortez?

10            _____ Yes   _____ No

11            **If your answer to question 1 is no, then also complete "SPECIAL**

12            **VERDICT FORM – DAMAGES"  If you answered yes to question 1, stop**

13            **here, answer no further questions, and have the presiding juror sign and**

14            **date this form.**

15

16            DATED: _____          Signed: _____

17                                                    Presiding Juror

18

19    **After all verdict forms have been signed, notify the clerk that you are ready to**

20    **present your verdict in the courtroom**

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SPECIAL VERDICT FORM

## FAILURE TO ENGAGE IN AN INTERACTIVE PROCESS

This Special Verdict Form should only be completed if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We answer the questions submitted to us as follows:

1. Was Ms. Cortez employed by Chipotle Services LLC?

_____ Yes   _____ No

2. Was Ms. Cortez employed by Chipotle Mexican Grill, Inc.?

_____ Yes   _____ No

**If your answer to questions 1 or 2 is yes, then continue with question 3.  If you answered no to questions 1 and 2, stop here, answer no further questions, and have the presiding juror sign and date this form.**

3. Was Ms. Cortez pregnant, disabled, or did she have a medical condition?

_____ Yes   _____ No

**If your answer to questions 3 is yes, then continue with question 4.  If you answered no to question 3, skip to question 5.**

4. Did Ms. Cortez request a reasonable accommodation for her pregnancy, disability, or medical condition?

_____ Yes   _____ No

**If your answer to questions 4 is no, then continue with question 5.  If you answered yes to question 4, skip to question 6.**

5. Did Defendants know or perceive Ms. Cortez as being pregnant, disabled, or having a medical condition?

_____ Yes   _____ No

**If your answer to question 4 or 5 is yes, then continue with question 6.  If you answered no to questions 4 and 5, stop here, answer no further questions, and have the presiding juror sign and date this form.**

- 19 -

1

2      6.  Was Ms. Cortez willing to participate in an interactive process to determine

3          whether reasonable accommodation could be made so that she would be able to

4          perform her essential job requirements?

5          _____ Yes _____ No

6      7.  Did Defendants fail to participate in a timely good-faith interactive process

7          with Ms. Cortez to determine whether reasonable accommodation could be

8          made?

9          **If your answer to question 7 is yes, then also complete "SPECIAL**

10         **VERDICT FORM – DAMAGES"  If you answered no to question 7, stop**

11         **here, answer no further questions, and have the presiding juror sign and**

12         **date this form.**

13

14     DATED: _____         Signed: _____

15                                              Presiding Juror

16

17  **After all verdict forms have been signed, notify the clerk that you are ready to**

18  **present your verdict in the courtroom**

19

20

21

22

23

24

25

26

27

28

## **SPECIAL VERDICT FORM**

## **DAMAGES**

This Special Verdict Form should only be completed if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We answer the questions submitted to us as follows:

1. What are Ms. Cortez's damages, if any, for past lost wages?

   Answer:  $_____

2. What are Ms. Cortez's damages, if any, for future lost wages?

   Answer:  $_____

3. What are Ms. Cortez's damages, if any, for past emotional distress damages?

   Answer:  $_____

4. What are Ms. Cortez's damages, if any, for future emotional distress damages?

   Answer:  $_____

5. Did Defendants prove that employment substantially similar to Ms. Cortez's former job was available to her?

   _____ Yes    _____ No

   **If your answer to question 5 is yes, then answer question 6. If you answered no to question 5, stop here, answer no further questions, and have the presiding juror sign and date this form.**

6. Did Defendants prove the amount Ms. Cortez could have earned from the substantially similar employment that was available to her?

   _____ Yes    _____ No

   **If your answer to question 6 is yes, then answer question 7. If you answered no to question 6, stop here, answer no further questions, and have the presiding juror sign and date this form.**

7. Did Defendants prove that Ms. Cortez failed to make reasonable efforts to seek employment substantially similar to Ms. Cortez's former job?

1        _____ Yes   _____ No

2        **If your answer to question 7 is yes, then answer question 8. If you**

3        **answered no to question 7, stop here, answer no further questions, and**

4        **have the presiding juror sign and date this form.**

5        8.  How much would Ms. Cortez have earned from the substantially similar

6            employment that was available to her?

7        _____ Yes   _____ No

8        **Stop here, answer no further questions, and have the presiding juror sign**

9        **and date this form.**

10

11       DATED: _____        Signed: _____

12                                               Presiding Juror

13

14       **After all verdict forms have been signed, notify the clerk that you are ready to**

15       **present your verdict in the courtroom**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>**SPECIAL VERDICT FORM — DISPARATE TREATMENT**</u>

2    <u>**CHIPOTLE MEXICAN GRILL, INC.**</u>

3        We answer the questions submitted to us as follows:

4        1. Was Chipotle Mexican Grill, Inc. an employer?

5        Answer:  Yes _____        No _____

6        If your answer to question 1 is yes, then answer question 2. If you answered no,

7    stop here, answer no further questions, and have the presiding juror sign and date this

8    form.

9

10        2. Was Ms. Cortez an employee of Chipotle Mexican Grill, Inc.?

11        Answer:  Yes _____        No _____

12        If your answer to question 2 is yes, then answer question 3. If you answered no,

13    stop here, answer no further questions, and have the presiding juror sign and date this

14    form.

15

16        3. Was Ms. Cortez pregnant at the time of her discharge?

17        Answer:  Yes _____        No _____

18        If your answer to question 3 is yes, then answer question 4. If you answered no,

19    skip ahead and answer question 5.

20

21        4. Did Chipotle Mexican Grill, Inc. know that Ms. Cortez was pregnant at the

22    time of her discharge?

23        Answer:  Yes _____        No _____

24        Answer question 5.

25

26        5. Did Ms. Cortez have a disability that limited a major life activity at the time

27    of her discharge?

28        Answer:  Yes _____        No _____

- 23 -

If your answer to question 5 is yes, then answer question 6. If you answered no but you answered yes to questions 3 and 4, skip ahead and answer question 7.  If you answered no and you also answered to no to question 3 or 4, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Chipotle Mexican Grill, Inc. know that Ms. Cortez had a disability that limited a major life activity at the time of her discharge?

Answer:  Yes _____       No _____

If your answer to question 6 is yes, then answer question 7. If you answered no but you answered yes to questions 3 and 4, skip ahead and answer question 8.  If you answered no and you also answered to no to question 3 or 4, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Ms. Cortez able to perform the essential job duties with reasonable accommodation?

Answer:  Yes _____       No _____

If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. Did Chipotle Mexican Grill, Inc. discharge Ms. Cortez?

Answer:  Yes _____       No _____

If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

9. Was Ms. Cortez's pregnancy a substantial motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

Answer question 10.


10. Was Ms. Cortez's disability a substantial motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 9 and/or 10 is yes, then answer question 11. If you answered no to questions 9 and 10, stop here, answer no further questions, and have the presiding juror sign and date this form.


11. Was Ms. Cortez's failure to return from a leave of absence also a substantial motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

Answer question 12.


12. Was Ms. Cortez's poor job performance also a substantial motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 11 and/or 12 is yes, then answer question 13. If you answered no to questions 11 and 12, skip ahead and answer question 14.


13. Would Chipotle Mexican Grill, Inc. have discharged Ms. Cortez anyway at that time based on Ms. Cortez's failure to return from a leave of absence and/or poor job performance had Chipotle Mexican Grill, Inc. not also been substantially motivated by discrimination?

Answer:  Yes _____        No _____

If your answer to question 13 is yes, stop here, answer no further questions,

and have the presiding juror sign and date this form.  If you answered no, then answer question 14.

14. Was the fact that Ms. Cortez unlawfully recorded telephone conversations with another employee sufficiently severe that Chipotle Mexican Grill, Inc. would have discharged her because of that fact alone as a matter of settled company policy?

Answer:  Yes _____                No _____

If your answer to question 14 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 15.

15.    Was Chipotle Mexican Grill, Inc.'s discharge of Ms. Cortez a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____     No _____

If your answer to question 15 is yes, then you must also answer the questions contained in the Special Verdict Form – Failure to Prevent Discrimination – Chipotle Mexican Grill, Inc. and in the Special Verdict Form – Damages – Chipotle Mexican Grill, Inc. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated:  _____          _____
                                               Presiding Juror


After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

1       <u>**SPECIAL VERDICT FORM — DISPARATE TREATMENT**</u>

2       <u>**CHIPOTLE SERVICES, LLC**</u>

3       We answer the questions submitted to us as follows:

4       1. Was Chipotle Services, LLC an employer?

5       Answer:  Yes _____     No _____

6       If your answer to question 1 is yes, then answer question 2. If you answered no,

7 stop here, answer no further questions, and have the presiding juror sign and date this

8 form.

9

10       2. Was Ms. Cortez an employee of Chipotle Services, LLC?

11       Answer:  Yes _____     No _____

12       If your answer to question 2 is yes, then answer question 3. If you answered no,

13 stop here, answer no further questions, and have the presiding juror sign and date this

14 form.

15

16       3. Was Ms. Cortez pregnant at the time of her discharge?

17       Answer:  Yes _____     No _____

18       If your answer to question 3 is yes, then answer question 4. If you answered no,

19 skip ahead and answer question 5.

20

21       4. Did Chipotle Services, LLC know that Ms. Cortez was pregnant at the time

22 of her discharge?

23       Answer:  Yes _____     No _____

24       Answer question 5.

25

26       5. Did Ms. Cortez have a disability that limited a major life activity at the time

27 of her discharge?

28       Answer:  Yes _____     No _____

1    If your answer to question 5 is yes, then answer question 6. If you answered no
2    but you answered yes to questions 3 and 4, skip ahead and answer question 7.  If you
3    answered no and you also answered to no to question 3 or 4, stop here, answer no
4    further questions, and have the presiding juror sign and date this form.

5

6    6. Did Chipotle Services, LLC know that Ms. Cortez had a disability that
7    limited a major life activity at the time of her discharge?

8    Answer:  Yes _____          No _____

9    If your answer to question 6 is yes, then answer question 7. If you answered no
10   but you answered yes to questions 3 and 4, skip ahead and answer question 8.  If you
11   answered no and you also answered to no to question 3 or 4, stop here, answer no
12   further questions, and have the presiding juror sign and date this form.

13

14   7. Was Ms. Cortez able to perform the essential job duties with reasonable
15   accommodation?

16   Answer:  Yes _____          No _____

17   If your answer to question 7 is yes, then answer question 8. If you answered no,
18   stop here, answer no further questions, and have the presiding juror sign and date this
19   form.

20

21   8. Did Chipotle Services, LLC discharge Ms. Cortez?

22   Answer:  Yes _____          No _____

23   If your answer to question 8 is yes, then answer question 9. If you answered no,
24   stop here, answer no further questions, and have the presiding juror sign and date this
25   form.

26

27   9. Was Ms. Cortez's pregnancy a substantial motivating reason for Chipotle
28   Services, LLC's decision to discharge Ms. Cortez?

1      Answer:  Yes _____      No _____

2      Answer question 10.

3

4      10. Was Ms. Cortez's disability a substantial motivating reason for Chipotle

5  Services, LLC's decision to discharge Ms. Cortez?

6      Answer:  Yes _____      No _____

7      If your answer to question 9 and/or 10 is yes, then answer question 11. If you

8  answered no to questions 9 and 10, stop here, answer no further questions, and have

9  the presiding juror sign and date this form.

10

11      11. Was Ms. Cortez's failure to return from a leave of absence also a

12  substantial motivating reason for Chipotle Services, LLC's decision to discharge Ms.

13  Cortez?

14      Answer:  Yes _____      No _____

15      Answer question 12.

16

17      12. Was Ms. Cortez's poor job performance also a substantial motivating

18  reason for Chipotle Services, LLC's decision to discharge Ms. Cortez?

19      Answer:  Yes _____      No _____

20      If your answer to question 11 and/or 12 is yes, then answer question 13. If you

21  answered no to questions 11 and 12, skip ahead and answer question 14.

22

23      13. Would Chipotle Services, LLC have discharged Ms. Cortez anyway at that

24  time based on Ms. Cortez's failure to return from a leave of absence and/or poor job

25  performance had Chipotle Services, LLC not also been substantially motivated by

26  discrimination?

27      Answer:  Yes _____      No _____

28      If your answer to question 13 is yes, stop here, answer no further questions,

1 and have the presiding juror sign and date this form.  If you answered no, then answer

2 question 14.

3

4      14. Was the fact that Ms. Cortez unlawfully recorded telephone conversations

5 with another employee sufficiently severe that Chipotle Services, LLC would have

6 discharged her because of that fact alone as a matter of settled company policy?

7      Answer:  Yes _____          No _____

8      If your answer to question 14 is yes, stop here, answer no further questions,

9 and have the presiding juror sign and date this form.  If you answered no, then answer

10 question 15.

11

12      15.    Was Chipotle Services, LLC's discharge of Ms. Cortez a substantial

13 factor in causing harm to Ms. Cortez?

14      Answer:  Yes _____      No _____

15      If your answer to question 15 is yes, then you must also answer the questions

16 contained in the Special Verdict Form – Failure to Prevent Discrimination – Chipotle

17 Services, LLC and in the Special Verdict Form – Damages – Chipotle Services, LLC.

18 If you answered no, stop here, answer no further questions, and have the presiding

19 juror sign and date this form.

20

21 Dated:  _____          _____

22                                         Presiding Juror

23

24      After all verdict forms have been signed, notify the court attendant that you are

25 ready to present your verdict in the courtroom.

26

27

28

# SPECIAL VERDICT FORM — FAILURE TO PREVENT DISCRIMINATION

## CHIPOTLE MEXICAN GRILL, INC.

This Special Verdict Form should completed only if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We answer the questions submitted to us as follows:

1. Did Chipotle Mexican Grill, Inc. fail to take reasonable steps to prevent the discrimination?

Answer:  Yes _____        No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Chipotle Mexican Grill, Inc.'s failure to take reasonable steps to prevent the discrimination a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 2 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Mexican Grill, Inc. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated: _____          _____
                                                    Presiding Juror

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

## SPECIAL VERDICT FORM — FAILURE TO PREVENT DISCRIMINATION CHIPOTLE SERVICES, LLC

This Special Verdict Form should completed only if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We answer the questions submitted to us as follows:

1. Did Chipotle Services, LLC fail to take reasonable steps to prevent the discrimination?

Answer:  Yes _____        No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Chipotle Services, LLC's failure to take reasonable steps to prevent the discrimination a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 2 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Services, LLC. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated: _____        _____

Presiding Juror

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

1
2

## **SPECIAL VERDICT FORM — REASONABLE ACCOMMODATION**
## **CHIPOTLE MEXICAN GRILL, INC.**

3  We answer the questions submitted to us as follows:

4  1. Was Chipotle Mexican Grill, Inc. an employer?

5  Answer: Yes _____  No _____

6  If your answer to question 1 is yes, then answer question 2. If you answered no,
7 stop here, answer no further questions, and have the presiding juror sign and date this
8 form.

9

10  2. Was Ms. Cortez an employee of Chipotle Mexican Grill, Inc.?

11  Answer: Yes _____  No _____

12  If your answer to question 2 is yes, then answer question 3. If you answered no,
13 stop here, answer no further questions, and have the presiding juror sign and date this
14 form.

15

16  3. Did Ms. Cortez have a disability that limited a major life activity?

17  Answer: Yes _____  No _____

18  If your answer to question 3 is yes, then answer question 4. If you answered no,
19 stop here, answer no further questions, and have the presiding juror sign and date this
20 form.

21

22  4. Did Chipotle Mexican Grill, Inc. know of Ms. Cortez's disability that limited
23 a major life activity?

24  Answer: Yes _____  No _____

25  If your answer to question 4 is yes, then answer question 5. If you answered no,
26 stop here, answer no further questions, and have the presiding juror sign and date this
27 form.

28

5. Was Ms. Cortez able to perform the essential job duties with reasonable accommodation for her disability?

Answer:  Yes _____          No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Chipotle Mexican Grill, Inc. fail to provide reasonable accommodation for Ms. Cortez's disability?

Answer:  Yes _____          No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Chipotle Mexican Grill, Inc.'s failure to provide reasonable accommodation a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____          No _____

If your answer to question 7 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Mexican Grill, Inc. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated:  _____          _____
                                                                Presiding Juror

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

1    **<u>SPECIAL VERDICT FORM — REASONABLE ACCOMMODATION</u>**

2    **<u>CHIPOTLE SERVICES, LLC</u>**

3    We answer the questions submitted to us as follows:

4    1. Was Chipotle Services, LLC an employer?

5    Answer:  Yes _____          No _____

6    If your answer to question 1 is yes, then answer question 2. If you answered no,

7    stop here, answer no further questions, and have the presiding juror sign and date this

8    form.

9

10    2. Was Ms. Cortez an employee of Chipotle Services, LLC?

11    Answer:  Yes _____          No _____

12    If your answer to question 2 is yes, then answer question 3. If you answered no,

13    stop here, answer no further questions, and have the presiding juror sign and date this

14    form.

15

16    3. Did Ms. Cortez have a disability that limited a major life activity?

17    Answer:  Yes _____          No _____

18    If your answer to question 3 is yes, then answer question 4. If you answered no,

19    stop here, answer no further questions, and have the presiding juror sign and date this

20    form.

21

22    4. Did Chipotle Services, LLC know of Ms. Cortez's disability that limited a

23    major life activity?

24    Answer:  Yes _____          No _____

25    If your answer to question 4 is yes, then answer question 5. If you answered no,

26    stop here, answer no further questions, and have the presiding juror sign and date this

27    form.

28

5. Was Ms. Cortez able to perform the essential job duties with reasonable accommodation for her disability?

Answer:  Yes _____          No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Chipotle Services, LLC fail to provide reasonable accommodation for Ms. Cortez's disability?

Answer:  Yes _____          No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Chipotle Services, LLC's failure to provide reasonable accommodation a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____          No _____

If your answer to question 7 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Services, LLC. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated:  _____          _____
                                                              Presiding Juror

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

## SPECIAL VERDICT FORM — FAILURE TO ENGAGE
## IN INTERACTIVE PROCESS
## CHIPOTLE MEXICAN GRILL, INC.

We answer the questions submitted to us as follows:

1. Was Chipotle Mexican Grill, Inc. an employer?

Answer:  Yes _____        No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Ms. Cortez an employee of Chipotle Mexican Grill, Inc.?

Answer:  Yes _____        No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Ms. Cortez have a disability that limited a major life activity?

Answer:  Yes _____        No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Ms. Cortez request that Chipotle Mexican Grill, Inc. make reasonable accommodation for her disability so that she would be able to perform the essential job requirements?

Answer:  Yes _____        No _____

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this

form.

5. Was Ms. Cortez willing to participate in an interactive process to determine whether reasonable accommodation could be made so that she would be able to perform the essential job requirements?

Answer:  Yes _____        No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Chipotle Mexican Grill, Inc. fail to participate in a timely, good-faith interactive process with Ms. Cortez to determine whether reasonable accommodation could be made?

Answer:  Yes _____        No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Chipotle Mexican Grill, Inc.'s failure to participate in a good-faith interactive process a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 7 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Mexican Grill, Inc. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

1    Dated: _____          _____

2                                              Presiding Juror

3

4          After all verdict forms have been signed, notify the court attendant that you are

5    ready to present your verdict in the courtroom.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **SPECIAL VERDICT FORM — FAILURE TO ENGAGE**

2      **IN INTERACTIVE PROCESS**

3      **CHIPOTLE SERVICES, LLC**

4      We answer the questions submitted to us as follows:

5      1. Was Chipotle Services, LLC an employer?

6      Answer:  Yes _____        No _____

7      If your answer to question 1 is yes, then answer question 2. If you answered no,

8      stop here, answer no further questions, and have the presiding juror sign and date this

9      form.

10

11      2. Was Ms. Cortez an employee of Chipotle Services, LLC?

12      Answer:  Yes _____        No _____

13      If your answer to question 2 is yes, then answer question 3. If you answered no,

14      stop here, answer no further questions, and have the presiding juror sign and date this

15      form.

16

17      3. Did Ms. Cortez have a disability that limited a major life activity?

18      Answer:  Yes _____        No _____

19      If your answer to question 3 is yes, then answer question 4. If you answered no,

20      stop here, answer no further questions, and have the presiding juror sign and date this

21      form.

22

23      4. Did Ms. Cortez request that Chipotle Services, LLC make reasonable

24      accommodation for her disability so that she would be able to perform the essential

25      job requirements?

26      Answer:  Yes _____        No _____

27      If your answer to question 4 is yes, then answer question 5. If you answered no,

28      stop here, answer no further questions, and have the presiding juror sign and date this

form.

5. Was Ms. Cortez willing to participate in an interactive process to determine whether reasonable accommodation could be made so that she would be able to perform the essential job requirements?

Answer:  Yes _____        No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Did Chipotle Services, LLC fail to participate in a timely, good-faith interactive process with Ms. Cortez to determine whether reasonable accommodation could be made?

Answer:  Yes _____        No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was Chipotle Services, LLC's failure to participate in a good-faith interactive process a substantial factor in causing harm to Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 7 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Services, LLC. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

1    Dated: _____          _____

2                                              Presiding Juror

3

4          After all verdict forms have been signed, notify the court attendant that you are

5    ready to present your verdict in the courtroom.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **SPECIAL VERDICT FORM — WRONGFUL DISCHARGE**

2    **IN VIOLATION OF PUBLIC POLICY**

3    **CHIPOTLE MEXICAN GRILL, INC.**

4    We answer the questions submitted to us as follows:

5    1. Was Ms. Cortez employed by Chipotle Mexican Grill, Inc.?

6    Answer:  Yes _____        No _____

7    If your answer to question 1 is yes, then answer question 2. If you answered no,

8    stop here, answer no further questions, and have the presiding juror sign and date this

9    form.

10

11    2. Was Ms. Cortez discharged?

12    Answer:  Yes _____        No _____

13    If your answer to question 2 is yes, then answer question 3. If you answered no,

14    stop here, answer no further questions, and have the presiding juror sign and date this

15    form.

16

17    3. Was Ms. Cortez pregnant at the time of her discharge?

18    Answer:  Yes _____        No _____

19    If your answer to question 3 is yes, then answer question 4. If you answered no,

20    skip ahead and answer question 5.

21

22    4. Did Chipotle Mexican Grill, Inc. know that Ms. Cortez was pregnant at the

23    time of her discharge?

24    Answer:  Yes _____        No _____

25    Answer question 5.

26

27    5. Did Ms. Cortez have a disability that limited a major life activity at the time

28    of her discharge?

1    Answer:  Yes _____        No _____

2        If your answer to question 5 is yes, then answer question 6. If you answered no

3    but you answered yes to questions 3 and 4, skip ahead and answer question 7.  If you

4    answered no and you also answered to no to question 3 or 4, stop here, answer no

5    further questions, and have the presiding juror sign and date this form.

6

7        6. Did Chipotle Mexican Grill, Inc. know that Ms. Cortez had a disability that

8    limited a major life activity at the time of her discharge?

9        Answer:  Yes _____        No _____

10       If your answer to question 6 is yes, then answer question 7. If you answered no

11   but you answered yes to questions 3 and 4, skip ahead and answer question 8.  If you

12   answered no and you also answered to no to question 3 or 4, stop here, answer no

13   further questions, and have the presiding juror sign and date this form.

14

15       7. Was Ms. Cortez's pregnancy a substantial motivating reason for Chipotle

16   Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

17       Answer:  Yes _____        No _____

18       Answer question 8.

19

20       8. Was Ms. Cortez's disability a substantial motivating reason for Chipotle

21   Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

22       Answer:  Yes _____        No _____

23       If your answer to question 7 and/or 8 is yes, then answer question 9. If you

24   answered no to questions 7 and 8, stop here, answer no further questions, and have the

25   presiding juror sign and date this form.

26

27       9. Was Ms. Cortez's failure to return from a leave of absence also a substantial

28   motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

Answer question 10.

10. Was Ms. Cortez's poor job performance also a substantial motivating reason for Chipotle Mexican Grill, Inc.'s decision to discharge Ms. Cortez?

Answer:  Yes _____        No _____

If your answer to question 9 and/or 10 is yes, then answer question 11. If you answered no to questions 9 and 10, skip ahead and answer question 12.

11. Would Chipotle Mexican Grill, Inc. have discharged Ms. Cortez anyway at that time based on Ms. Cortez's failure to return from a leave of absence and/or poor job performance had Chipotle Mexican Grill, Inc. not also been substantially motivated by discrimination?

Answer:  Yes _____        No _____

If your answer to question 11 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 12.

12.    Was the fact that Ms. Cortez unlawfully recorded telephone conversations with another employee sufficiently severe that Chipotle Mexican Grill, Inc. would have discharged her because of that fact alone as a matter of settled company policy?

Answer:  Yes _____            No _____

If your answer to question 12 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form.  If you answered no, then answer question 13.

13.    Did the discharge cause Ms. Cortez harm?

Answer:  Yes _____        No _____

If your answer to question 13 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Mexican Grill, Inc. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

Dated:  _____        _____
                                                  Presiding Juror

After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

**SPECIAL VERDICT FORM — WRONGFUL DISCHARGE**

**IN VIOLATION OF PUBLIC POLICY**

**CHIPOTLE SERVICES, LLC**

We answer the questions submitted to us as follows:

1. Was Ms. Cortez employed by Chipotle Services, LLC?

Answer:  Yes _____        No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Ms. Cortez discharged?

Answer:  Yes _____        No _____

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Ms. Cortez pregnant at the time of her discharge?

Answer:  Yes _____        No _____

If your answer to question 3 is yes, then answer question 4. If you answered no, skip ahead and answer question 5.

4. Did Chipotle Services, LLC know that Ms. Cortez was pregnant at the time of her discharge?

Answer:  Yes _____        No _____

Answer question 5.

5. Did Ms. Cortez have a disability that limited a major life activity at the time of her discharge?

- 47 -

1    Answer:  Yes _____          No _____

2    If your answer to question 5 is yes, then answer question 6. If you answered no

3    but you answered yes to questions 3 and 4, skip ahead and answer question 7.  If you

4    answered no and you also answered to no to question 3 or 4, stop here, answer no

5    further questions, and have the presiding juror sign and date this form.

6

7    6. Did Chipotle Services, LLC know that Ms. Cortez had a disability that

8    limited a major life activity at the time of her discharge?

9    Answer:  Yes _____          No _____

10   If your answer to question 6 is yes, then answer question 7. If you answered no

11   but you answered yes to questions 3 and 4, skip ahead and answer question 8.  If you

12   answered no and you also answered to no to question 3 or 4, stop here, answer no

13   further questions, and have the presiding juror sign and date this form.

14

15   7. Was Ms. Cortez's pregnancy a substantial motivating reason for Chipotle

16   Services, LLC's decision to discharge Ms. Cortez?

17   Answer:  Yes _____          No _____

18   Answer question 8.

19

20   8. Was Ms. Cortez's disability a substantial motivating reason for Chipotle

21   Services, LLC's decision to discharge Ms. Cortez?

22   Answer:  Yes _____          No _____

23   If your answer to question 7 and/or 8 is yes, then answer question 9. If you

24   answered no to questions 7 and 8, stop here, answer no further questions, and have the

25   presiding juror sign and date this form.

26

27   9. Was Ms. Cortez's failure to return from a leave of absence also a substantial

28   motivating reason for Chipotle Services, LLC's decision to discharge Ms. Cortez?

1    Answer:  Yes _____        No _____

2    Answer question 10.

3

4        10. Was Ms. Cortez's poor job performance also a substantial motivating

5    reason for Chipotle Services, LLC's decision to discharge Ms. Cortez?

6        Answer:  Yes _____        No _____

7        If your answer to question 9 and/or 10 is yes, then answer question 11. If you

8    answered no to questions 9 and 10, skip ahead and answer question 12.

9

10       11. Would Chipotle Services, LLC have discharged Ms. Cortez anyway at that

11   time based on Ms. Cortez's failure to return from a leave of absence and/or poor job

12   performance had Chipotle Services, LLC not also been substantially motivated by

13   discrimination?

14       Answer:  Yes _____        No _____

15       If your answer to question 11 is yes, stop here, answer no further questions,

16   and have the presiding juror sign and date this form.  If you answered no, then answer

17   question 12.

18

19       12.    Was the fact that Ms. Cortez unlawfully recorded telephone

20   conversations with another employee sufficiently severe that Chipotle Services, LLC

21   would have discharged her because of that fact alone as a matter of settled company

22   policy?

23       Answer:  Yes _____            No _____

24       If your answer to question 12 is yes, stop here, answer no further questions,

25   and have the presiding juror sign and date this form.  If you answered no, then answer

26   question 13.

27

28       13.    Did the discharge cause Ms. Cortez harm?

PLAINTIFF'S & DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

Answer:  Yes _____        No _____

If your answer to question 9 is yes, then you must also answer the questions contained in the Special Verdict Form – Damages – Chipotle Services, LLC. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


Dated:  _____        _____

                                             Presiding Juror


After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

## **SPECIAL VERDICT FORM – DAMAGES**
## **CHIPOTLE MEXICAN GRILL, INC.**

This Special Verdict Form should completed only if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We, the jury in the above-captioned action, find the following special verdict on the questions submitted to us as follows:

Question No. 1:  What are Ms. Cortez's damages, if any, for past lost wages against Chipotle Mexican Grill, Inc.?

Answer:  $_____

Question No. 2:  Did Ms. Cortez fail to take reasonable steps to mitigate the damages set forth in response to Question No. 1?

Answer:  Yes _____          No _____

If your answer to Question No. 2 is "Yes," then answer Question No. 3.

If your answer to Question No. 2 is "No," then skip Question No. 3.

Question No. 3:  By what amount could Ms. Cortez have reasonably mitigated the damages set forth in response to Question No. 1?

Answer:  $_____

Question No. 4:  What are Ms. Cortez's damages, if any, for future lost wages against Chipotle Mexican Grill, Inc.?

Answer:  $_____

Question No. 5:  Did Ms. Cortez fail to take reasonable steps to mitigate the

1  damages set forth in response to Question No. 4?

2       Answer:  Yes _____        No _____

3       If your answer to Question No. 5 is "Yes," then answer Question No. 6.

4       If your answer to Question No. 5 is "No," then skip Question No. 6.

5

6       Question No. 6:  By what amount could Ms. Cortez have reasonably mitigated

7  the damages set forth in response to Question No. 4?

8       Answer:  $_____

9

10       Question No. 7:  What are Ms. Cortez's damages, if any, for past emotional

11  distress against Chipotle Mexican Grill, Inc.?

12       Answer:  $_____

13

14       Question No. 8:  Did Ms. Cortez fail to take reasonable steps to mitigate the

15  damages set forth in response to Question No. 7?

16       Answer:  Yes _____        No _____

17       If your answer to Question No. 8 is "Yes," then answer Question No. 9.

18       If your answer to Question No. 8 is "No," then skip Question No. 9.

19

20       Question No. 9:  By what amount could Ms. Cortez have reasonably mitigated

21  the damages set forth in response to Question No. 7?

22       Answer:  $_____

23

24       Question No. 10:  What are Ms. Cortez's damages, if any, for future emotional

25  distress against Chipotle Mexican Grill, Inc.?

26       Answer:  $_____

27

28       Question No. 11:  Did Ms. Cortez fail to take reasonable steps to mitigate the

damages set forth in response to Question No. 10?

Answer:  No _____        Yes _____

If your answer to Question No. 11 is "Yes," then answer Question No. 12.

If your answer to Question No. 11 is "No," then skip Question No. 12.

Question No. 12:  By what amount could Ms. Cortez have reasonably mitigated the damages set forth in response to Question No. 10?

Answer:  $_____

If you were instructed to complete this Special Verdict Form in response to the answers you provided on Special Verdict Form – Disparate Treatment – Chipotle Mexican Grill, Inc., then answer Questions Nos. 13-18.  Otherwise, stop here, answer no further questions, and have the presiding juror sign and date this form.

Question No. 13:  Did Chipotle Mexican Grill, Inc. take reasonable steps to prevent and correct workplace discrimination?

Answer:  Yes _____        No _____

If your answer to Question No. 13 is "Yes," then answer Question No. 14.

If your answer to Question No. 13 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

Question No. 14:  Did Ms. Cortez unreasonably fail to use the preventive and corrective measures for discrimination that Chipotle Mexican Grill, Inc. provided?

Answer:  Yes _____        No _____

If your answer to Question No. 14 is "Yes," then answer Questions Nos. 15-18.

If your answer to Question No. 14 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

1          Question No. 15:  What amount, if any, of the damages set forth in response to

2    Question No. 1 could Ms. Cortez have avoided through the reasonable use of Chipotle

3    Mexican Grill, Inc.'s preventive and corrective measures?

4          Answer:  $_____

5

6          Question No. 16:  What amount, if any, of the damages set forth in response to

7    Question No. 4 could Ms. Cortez have avoided through the reasonable use of Chipotle

8    Mexican Grill, Inc.'s preventive and corrective measures?

9          Answer:  $_____

10

11         Question No. 17:  What amount, if any, of the damages set forth in response to

12    Question No. 7 could Ms. Cortez have avoided through the reasonable use of Chipotle

13    Mexican Grill, Inc.'s preventive and corrective measures?

14         Answer:  $_____

15

16         Question No. 18:  What amount, if any, of the damages set forth in response to

17    Question No. 10 could Ms. Cortez have avoided through the reasonable use of

18    Chipotle Mexican Grill, Inc.'s preventive and corrective measures?

19         Answer:  $_____

20

21         Have the presiding juror sign and date this Special Verdict Form.

22

23    Dated:  _____      _____

24                             Presiding Juror

25

26         After all verdict forms have been signed, notify the court attendant that you are

27    ready to present your verdict in the courtroom.

28

## **SPECIAL VERDICT FORM – DAMAGES**
## **CHIPOTLE SERVICES, LLC**

This Special Verdict Form should completed only if you were specifically instructed to do so in response to the answers you provided on one or more of the other Special Verdict Forms.

We, the jury in the above-captioned action, find the following special verdict on the questions submitted to us as follows:

Question No. 1:  What are Ms. Cortez's damages, if any, for past lost wages against Chipotle Services, LLC?

Answer:  $_____

Question No. 2:  Did Ms. Cortez fail to take reasonable steps to mitigate the damages set forth in response to Question No. 1?

Answer:  Yes _____      No _____

If your answer to Question No. 2 is "Yes," then answer Question No. 3.

If your answer to Question No. 2 is "No," then skip Question No. 3.

Question No. 3:  By what amount could Ms. Cortez have reasonably mitigated the damages set forth in response to Question No. 1?

Answer:  $_____

Question No. 4:  What are Ms. Cortez's damages, if any, for future lost wages against Chipotle Services, LLC?

Answer:  $_____

Question No. 5:  Did Ms. Cortez fail to take reasonable steps to mitigate the

1   damages set forth in response to Question No. 4?

2          Answer:  Yes _____          No _____

3          If your answer to Question No. 5 is "Yes," then answer Question No. 6.

4          If your answer to Question No. 5 is "No," then skip Question No. 6.

5

6          Question No. 6:  By what amount could Ms. Cortez have reasonably mitigated

7   the damages set forth in response to Question No. 4?

8          Answer:  $_____

9

10          Question No. 7:  What are Ms. Cortez's damages, if any, for past emotional

11   distress against Chipotle Services, LLC?

12          Answer:  $_____

13

14          Question No. 8:  Did Ms. Cortez fail to take reasonable steps to mitigate the

15   damages set forth in response to Question No. 7?

16          Answer:  Yes _____          No _____

17          If your answer to Question No. 8 is "Yes," then answer Question No. 9.

18          If your answer to Question No. 8 is "No," then skip Question No. 9.

19

20          Question No. 9:  By what amount could Ms. Cortez have reasonably mitigated

21   the damages set forth in response to Question No. 7?

22          Answer:  $_____

23

24          Question No. 10:  What are Ms. Cortez's damages, if any, for future emotional

25   distress against Chipotle Services, LLC?

26          Answer:  $_____

27

28          Question No. 11:  Did Ms. Cortez fail to take reasonable steps to mitigate the

damages set forth in response to Question No. 10?

Answer:  No _____          Yes _____

If your answer to Question No. 11 is "Yes," then answer Question No. 12.

If your answer to Question No. 11 is "No," then skip Question No. 12.

Question No. 12:  By what amount could Ms. Cortez have reasonably mitigated the damages set forth in response to Question No. 10?

Answer:  $_____

If you were instructed to complete this Special Verdict Form in response to the answers you provided on Special Verdict Form – Disparate Treatment – Chipotle Services, LLC, then answer Questions Nos. 13-18.  Otherwise, stop here, answer no further questions, and have the presiding juror sign and date this form.

Question No. 13:  Did Chipotle Services, LLC take reasonable steps to prevent and correct workplace discrimination?

Answer:  Yes _____          No _____

If your answer to Question No. 13 is "Yes," then answer Question No. 14.

If your answer to Question No. 13 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

Question No. 14:  Did Ms. Cortez unreasonably fail to use the preventive and corrective measures for discrimination that Chipotle Services, LLC provided?

Answer:  Yes _____          No _____

If your answer to Question No. 14 is "Yes," then answer Questions Nos. 15-18.

If your answer to Question No. 14 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

1    Question No. 15:  What amount, if any, of the damages set forth in response to

2  Question No. 1 could Ms. Cortez have avoided through the reasonable use of Chipotle

3  Services, LLC's preventive and corrective measures?

4    Answer:  $_____

5

6    Question No. 16:  What amount, if any, of the damages set forth in response to

7  Question No. 4 could Ms. Cortez have avoided through the reasonable use of Chipotle

8  Services, LLC's preventive and corrective measures?

9    Answer:  $_____

10

11    Question No. 17:  What amount, if any, of the damages set forth in response to

12  Question No. 7 could Ms. Cortez have avoided through the reasonable use of Chipotle

13  Services, LLC's preventive and corrective measures?

14    Answer:  $_____

15

16    Question No. 18:  What amount, if any, of the damages set forth in response to

17  Question No. 10 could Ms. Cortez have avoided through the reasonable use of

18  Chipotle Services, LLC's preventive and corrective measures?

19    Answer:  $_____

20

21    Have the presiding juror sign and date this Special Verdict Form.

22

23  Dated:  _____          _____

24                                            Presiding Juror

25

26    Notify the bailiff that you are ready to present your verdict in the courtroom.

27

28