MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
Kathleen J. Mowry (*Pro Hac Vice*)
1430 Wynkoop Street, Suite 300
Denver, Colorado  80202
Telephone:  (303) 623-1800
Facsimile:  (303) 623-0552
E-mail:  ccavanagh@messner.com
E-mail:  kmowry@messner.com

Attorneys for Defendants
CHIPOTLE MEXICAN GRILL, INC.
and CHIPOTLE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCIA CORTEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>CHIPOTLE SERVICES, LLC; and<br>DOES 1 to 50, inclusive<br><br>            Defendants. | Case No: 2:17-cv-04787-GW-JPR<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Judge:  Hon. George H. Wu<br>Ctrm.:  9D (350 West 1st Street)<br><br>Removal Date:         June 29, 2017<br>Final Pretrial Conf.: January 31, 2019<br>Trial Date:              February 12, 2019 |

Defendants Chipotle Mexican Grill, Inc., and Chipotle Services, LLC hereby respectfully request that the Court ask the following Voir Dire questions, in addition to any questions already planned by the Court:

A.     Personal Background

1.     Please state your name, age and occupation.

2.     Please state the highest level of education which you have attained.

3. Without stating your address, please state the city, or the neighborhood within a bigger city, in which you live and how long you have lived there.

4. Are you currently employed? Where? If not, where were you last employed? How long have you worked/did you work there? What are/were your job duties?

5. What is your current marital status? Are you in a domestic union or civil partnership of any kind?

6. Do you have any children? If so, what are their ages and occupations?

7. Please state the name, age, occupation and employer of every person with whom you currently reside.

8. Do you have any vision, hearing or other health related condition that will impact your ability to serve as a juror?

9. Do you have any ethical, political, religious, moral beliefs, or opinion that may affect your ability to serve impartially as a juror?

B. <u>Experience With Legal System</u>

10. Have you served on a jury before? Was the trial a civil or criminal matter? Did you reach a verdict? Will your prior service as a juror affect your ability to be impartial in this case? Are you able to set aside your previous juror experience and the instructions on the law you received in that case and consider only the evidence in this case and the instructions on the law that you receive in this case?

11. What are your feelings about the justice system generally? Do you believe that it works well?

12. How do you feel about the number of lawsuits filed generally in California?

13. What do you think about someone bringing a lawsuit seeking damages for emotional distress? How do you feel about awarding large sums of money to persons whose primary injury is emotional distress?

14. Do you believe that large damage awards serve as the best way to punish a person or a company you feel has done something wrong?

15. Do you believe that a profitable business should pay an employee or a job applicant who sues them because the business is profitable and there may be a substantial difference in the earnings of the business and the individual? Would the fact that a business had more money than the individual affect your decision? If so, please explain.

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

C.   Familiarity With This Lawsuit And The Participants

16.   Are you acquainted with any of the attorneys present in the courtroom today?

17.   Are you acquainted with the plaintiff, Lucia Cortez?

18.   Are you familiar with Chipotle Mexican Grill?

19.   Prior to today, did you have any familiarity whatsoever with Ms. Cortez's lawsuit against Chipotle? If so, please explain the degree and source of your familiarity.

20.   Have you or any members of your family ever worked in any restaurant of any kind? Please briefly explain your restaurant experience.

21.   Do you, any family members, or any close friends currently work for Chipotle Mexican Grill?

22.   Have you, any family members, or any close friends ever applied for employment at Chipotle Mexican Grill?

23.   Have you read or heard anything in the news about Chipotle? What have you read or heard? Do you believe that what you have read or heard may affect your ability to serve impartially as a juror?

24.   Have you had any positive or negative experience at a Chipotle Mexican Grill restaurant that might influence you in any way? Do you believe that your experience may affect your ability to serve impartially as a juror?

25.   Do you have a positive or negative impression of Chipotle Mexican Grill as a company for any reason? If so, please explain.

26.   What is Chipotle Mexican Grill's reputation in the community?

27.   Does the fact that Chipotle Mexican Grill is defending itself against a lawsuit brought by a former employee affect your opinion of Chipotle in any way?

28.   Do you believe that there is anything wrong or unseemly about a company defending itself against a lawsuit brought by a former employee?

29.   At the end of the trial, will you have any hesitation entering judgment for Chipotle Mexican Grill if Plaintiff does not satisfy her burdens of proof?

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

D.   Job Experiences

30.   Have you, a family member, or a close friend ever worked in Human Resources? What capacity and for how long? Have you ever had to perform a workplace investigation of any kind for any reason? If yes, please describe.

31.   Have you, a family member, or a close friend ever worked for a state or federal agency that handles employment claims involving harassment, discrimination or retaliation? If yes, please describe.

32.   Have you, a family member, or a close friend ever worked in, or had any training or education in any aspect of, the legal field? If yes, please explain.

33.   Have you, a family member, or a close friend ever worked for a law firm? Did that law firm handle claims involving harassment, discrimination or retaliation of any type? If yes, please describe.

34.   Are you or any of your family members a member of a union? How long? Chipotle is an "at will" employer, not a union employer - do you understand "at will" employers do not have the same requirements as union employers? Will you be able to distinguish the difference in your assessment of this case?

35.   Have you or a member of your family or close friend ever held a position where you were responsible for hiring, firing or disciplining other employees?

36.   Have you or a member of your family or close friend held a supervisory position where you managed employees? How many people did you/they manage? In what capacity?

37.   Do you believe that a company is always responsible for all of the acts of its employees, even the acts that the company expressly forbids?

38.   Are you a business owner, or have you owned, or partially owned, a business in the past? Did that business ever have to defend itself against any lawsuits? If so, what was your involvement? What was the outcome?

39.   Have you ever felt you or a family member were treated unfairly at work or when applying for a job? If so, please explain. Do you believe that that experience may affect your ability to serve impartially as a juror?

40.   Have you, or any of your close family members or friends, ever been fired? Do you believe the firing was unjust? How so? What did you do about it?

41. Have you, a family member, or a close friend been demoted at work? Did you believe the demotion was unfair? If so, please provide details. Do you believe that that experience may affect your ability to serve impartially as a juror?

42. Have you, a family member, or a close friend ever complained about any of your work conditions? If so, please provide details. Do you believe that the complaint was handled appropriately? Were you, your family member, or your close friend treated fairly after making the complaint?

43. Have you recently lost a job? How is the loss of your job affecting you? Will it affect your ability to be fair and impartial?

44. Have you ever been involuntarily unemployed for longer than three months? Please describe.

E. <u>Lawsuits or Complaints</u>

45. Have you, a member of your family, or a close friend ever been sued? If so, describe the lawsuit and your experience.

46. Have you, a family member, or a close friend ever filed a lawsuit against an employer? If so, what were the circumstances and outcome?

47. Have you, a family member, or a close friend ever filed a complaint against an employer? If so, please describe the circumstances and outcome. Do you believe that that experience may affect your ability to serve impartially as a juror?

48. For any lawsuits or complaints that you were involved with, were you satisfied with the result?

F. <u>Experience With Discrimination</u>

49. Do you believe that discrimination is prevalent in the workplace? If so, why do you believe that?

50. Have you ever witnessed any discrimination in the workplace?

51. Do you believe that pregnant women are discriminated against in the workplace? Do you believe that pregnant women are discriminated against in the workplace more, less or the same as other groups?

52. Do you believe that disabled employees are discriminated against in the workplace? Do you believe that disabled employees are discriminated against in the workplace more, less or the same as other groups?

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

53. Have you ever personally been a victim of any form of discrimination? Please describe the discrimination. Did you report the discrimination to anyone? If not, why not? If so, what happened after you reported the discrimination? Was a court action filed? What was the outcome? Would that outcome influence you in any way in reaching a verdict in this case?

54. Other than what we have already discussed, have you ever been personally involved in a claim or lawsuit involving discrimination? If yes, what was the dispute? What was your role in the dispute? Was a court action filed? What was the outcome? Would that outcome influence you in any way in reaching a verdict in this case?

55. Other than what we have already discussed, have you ever worked for a company that has been involved in a claim or lawsuit involving discrimination? If yes, what role, if any, did you play in the claim or lawsuit? What was the outcome? How did you feel about the outcome?

G. <u>Experience With Leaves Of Absence</u>

56. Have you, a family member, or a close friend ever requested a leave of absence from work? For what reason? Was the leave granted? Did you, your family member, or your close friend return to work after the leave of absence? Were you, your family member, of your close friend satisfied with how the request for a leave of absence was handled?

57. Have you ever worked in a position where another employee asked you for, or you had to determine whether to approve, a leave of absence? Please describe the circumstances. Was the request for a leave of absence approved? Why or why not? Do you believe that the request was handled appropriately? Why or why not?

58. Do you believe that employees who request leaves of absence are discriminated against in the workplace? Do you believe that employees who request leaves of absence are discriminated against in the workplace more, less or the same as other groups?

59. Have you, a family member, or a close friend ever requested a work accommodation for a disability? What accommodation was requested? For what reason? Was the requested accommodation provided? Were you, your family member, of your close friend satisfied with how the request for an accommodation was handled?

60. Have you ever worked in a position where another employee asked you for, or you had to determine whether to approve, a work accommodation for a disability? Please describe the circumstances. Was the requested accommodation provided? Why or why not? Do you believe that the request was handled appropriately? Why or why not?

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

61. Do you believe that employees who request accommodations are discriminated against in the workplace? Do you believe that employees who request accommodations are discriminated against in the workplace more, less or the same as other groups?

### H. Experience With Miscarriages

62. Have you or your partner ever suffered a miscarriage? Have you or your partner ever suffered any physical symptoms as a result of a miscarriage? Have you or your partner ever suffered any emotional distress as a result of a miscarriage?

63. Have you or your partner ever required any time off of work due to a miscarriage or due to any physical symptoms or emotional distress suffered as a result of a miscarriage? Was the time off granted by the employer? Did you or your partner return to work after the time off? Were you or your partner satisfied with how the employer handled the request for time off?

### I. Court's Instructions

64. You will receive an instruction on the law from the Court that explains to you that an "at will" employer such as Chipotle may fire someone for any reason at all, as long at the decision is not discriminatory or retaliatory. Do you agree with that instruction of law? Even if you do not agree, will you follow that instruction of law?

65. Sympathy and empathy may not determine or affect your deliberations or verdict. You will be instructed that these emotions cannot determine or affect your verdict. Will you have any difficulty following that instruction from the Court?

66. Cross-examination is a tool used by lawyers in trial. Sometimes cross-examination can be confrontational. Some people do not like confrontation. Will you have a difficult time listening to confrontational questioning from lawyers?

67. Trials require jurors to assess credibility of witnesses that are strangers to them; are you uncomfortable with assessing the credibility of witnesses?

68. You will be instructed by the judge that during the trial you are not permitted to talk about the case with anyone, including other jury members, until your deliberations, which is after both sides have presented their case and the Court has instructed you on the law. Do you believe you will be able to follow this instruction?

69. You will be instructed by the judge to keep an open mind throughout the entire trial and not to formulate an opinion regarding the outcome of the trial until both sides present their case. Do you believe you will be able to follow this instruction?

70. You will be instructed by the judge that you may not do any outside research or investigation. Do you believe you will be able to follow this instruction from the judge?

71. During deliberations, you may learn that you disagree with some of your fellow jury members; will you be able to express your opinion, even if others disagree with it? Will you be able to explain to others the basis for your opinion if your fellow jury members ask you why you have the opinion you expressed?

J. <u>Miscellaneous</u>

72. Do you, or anyone in your family, or any of your close friends, maintain a weblog, or blog?

73. Is there anything else that you think the parties, the lawyers or I would want to know, but that you would prefer not to discuss in front of others?

Dated: January 30, 2019     MESSNER REEVES LLP

By: _____
    Charles C. Cavanagh
    Kathleen J. Mowry
    Attorneys for Defendants

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**