1 | MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
2 | Kathleen J. Mowry (*Pro Hac Vice*)
1430 Wynkoop Street, Suite 300
3 | Denver, Colorado 80202
Telephone: (303) 623-1800
4 | Facsimile: (303) 623-0552
E-mail: ccavanagh@messner.com
5 | E-mail: kmowry@messner.com

6 | Attorneys for Defendants
CHIPOTLE MEXICAN GRILL, INC.
7 | and CHIPOTLE SERVICES, LLC

JS-6

8

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12 | WESTERN DIVISION

13

14 | LUCIA CORTEZ,                              ) Case No: CV 17-4787-GW-JPRx
                                            )
15 |             Plaintiff,                   )
                                            )
16 |     v.                                   ) **JUDGMENT**
                                            )
17 |                                          )
    CHIPOTLE MEXICAN GRILL, INC.;            ) Judge: Hon. George H. Wu
18 | CHIPOTLE SERVICES, LLC; and             ) Ctrm.: 9D (350 West 1st Street)
    DOES 1 to 50, inclusive                  )
19 |                                          ) Removal Date:       June 29, 2017
                                            ) Final Pretrial Conf.: February 7, 2019
20 |             Defendants.                  ) Trial Date:          February 12, 2019
                                            )

21

22

23 |     The parties tried this action to a jury on February 12-20, 2019, the Honorable

24 | George H. Wu, United States District Court Judge presiding. The evidence presented,

25 | having been fully considered, the issues having been duly heard, and a jury verdict

26 | having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff

27 | Lucia Cortez take nothing on her claims for pregnancy/disability discrimination under

28 | the California Fair Employment and Housing Act; discrimination/retaliation for taking a

leave of absence under the California Fair Employment and Housing Act; wrongful termination in violation of public policy; failure to accommodate under the California Fair Employment and Housing Act; failure to prevent discrimination under the California Fair Employment and Housing Act; and failure to engage in the interactive process under the California Fair Employment and Housing Act.

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez take nothing on her claims for punitive damages.

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez is entitled to a statutory penalty of $750 on her claim for failure to provide her personnel file.

Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC are the prevailing parties and judgment ENTERS in favor of defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC. Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC may recover their costs in an amount to be determined and shall submit their Bill of Costs within fourteen (14) days of entry of this Order.

Dated: February 27, 2019

By: _George H. Wu_____
GEORGE H. WU, U.S. District Judge

Submitted by:
February 22, 2019

MESSNER REEVES, LLP
Charles C. Cavanagh
Kathleen J. Mowry

By: _/s/ Charles C. Cavanagh__
Attorneys for Defendants

- 2 -

[PROPOSED] JUDGMENT