MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
Kathleen J. Mowry (*Pro Hac Vice*)
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552
E-mail: ccavanagh@messner.com
E-mail: kmowry@messner.com

Attorneys for Defendants
CHIPOTLE MEXICAN GRILL, INC.
and CHIPOTLE SERVICES, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCIA CORTEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>CHIPOTLE SERVICES, LLC; and<br>DOES 1 to 50, inclusive<br><br>  Defendants. | Case No: CV 17-4787-GW-JPRx<br><br>**PARTIAL FINAL JUDGMENT**<br><br>Judge: Hon. George H. Wu<br>Ctrm.: 9D (350 West 1st Street)<br><br>Removal Date: June 29, 2017<br>Trial Dates: February 12-20, 2019<br>Judgment Entered: February 27, 2019 |

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez take nothing on her claims for punitive damages.

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez is entitled to a statutory penalty of $750 on her claim for failure to provide her personnel file.

The parties tried the remaining claims of plaintiff Lucia Cortez for pregnancy/disability discrimination under the California Fair Employment and Housing Act; discrimination/retaliation for taking a leave of absence under the California Fair Employment and Housing Act; wrongful termination in violation of public policy; failure to accommodate under the California Fair Employment and Housing Act; failure to prevent discrimination under the California Fair Employment and Housing Act; and failure to engage in the interactive process under the California Fair Employment and Housing Act to a jury on February 12-20, 2019, the Honorable George H. Wu, United States District Court Judge presiding. The evidence presented, having been fully considered, and the issues having been duly heard, the jury rendered a verdict in favor of defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC with respect to each of the claims of plaintiff Lucia Cortez, and the Court thereafter entered a Judgment [Dkt. #198]. Subsequently, the Court entered an Order [Dkt. #243] granting a new trial on only the claim of plaintiff Lucia Cortez for failure to engage in the interactive process under the California Fair Employment and Housing Act, which Order is presently the subject of an interlocutory appeal by defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC. With respect to the claims of plaintiff Lucia Cortez other than her claim for failure to engage in the interactive process under the California Fair Employment and Housing Act, the evidence presented, having been fully considered, the issues having been duly heard, and a jury verdict having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez take nothing on her claims for pregnancy/disability discrimination under the California Fair Employment and Housing Act; discrimination/retaliation for taking a leave of absence under the California Fair Employment and Housing Act; wrongful termination in violation of

public policy; failure to accommodate under the California Fair Employment and Housing Act; and failure to prevent discrimination under the California Fair Employment and Housing Act.

Final judgment is hereby ENTERED in favor of defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC, except with respect to the claim of plaintiff Lucia Cortez for failure to engage in the interactive process under the California Fair Employment and Housing Act.

Dated: January 15, 2020

By: *George H. Wu*
HON. GEORGE H. WU,
United States District Judge

Respectfully submitted,

Dated: January 10, 2020

    THE GREEN LAW GROUP, LLP

    By: */s/ Matthew Bechtel*_____
        Scott Green
        Matthew Bechtel
        Attorneys for Plaintiff

Dated: January 10, 2020

    MESSNER REEVES LLP

    By: */s/ Charles C. Cavanagh*_____
        Charles C. Cavanagh
        Kathleen J. Mowry
        Attorneys for Defendants