MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
Kathleen J. Mowry (*Pro Hac Vice*)
1430 Wynkoop Street, Suite 300
Denver, Colorado  80202
Telephone:  (303) 623-1800
Facsimile:  (303) 623-0552
E-mail:  ccavanagh@messner.com
E-mail:  kmowry@messner.com

Attorneys for Defendants
CHIPOTLE MEXICAN GRILL, INC.
and CHIPOTLE SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCIA CORTEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>CHIPOTLE MEXICAN GRILL, INC.;<br>CHIPOTLE SERVICES, LLC; and<br>DOES 1 to 50, inclusive<br><br>            Defendants. | Case No: CV 17-4787-GW-JPRx<br><br>**FINAL JUDGMENT**<br><br>Judge:  Hon. George H. Wu<br>Ctrm.:  9D (350 West 1st Street)<br><br>Removal Date:         June 29, 2017<br>Final Pretrial Conf.: February 7, 2019<br>Trial Date:           February 12, 2019 |

1 | The parties tried this action to a jury on February 12-20, 2019, the Honorable George H. Wu, United States District Court Judge presiding. After the jury rendered its verdict, the Court entered Judgment on February 27, 2019 [Dkt. #198].

Thereafter, the parties filed appeals from that Judgment, from certain of the Court's post-trial orders, and from a Partial Final Judgment entered on January 15, 2020 [Dkt. #276].

On July 29, 2021, the United States Court of Appeals for the Ninth Circuit issued a Memorandum Opinion, which effectively reinstituted the Judgment of February 27, 2019. Mandate issued with respect to that Memorandum Opinion on August 20, 2021.

Therefore, the evidence presented, having been fully considered, the issues having been duly heard, and a jury verdict having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez take nothing on her claims for pregnancy/disability discrimination under the California Fair Employment and Housing Act; discrimination/retaliation for taking a leave of absence under the California Fair Employment and Housing Act; wrongful termination in violation of public policy; failure to accommodate under the California Fair Employment and Housing Act; failure to prevent discrimination under the California Fair Employment and Housing Act; and failure to engage in the interactive process under the California Fair Employment and Housing Act.

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez take nothing on her claims for punitive damages.

Pursuant to this Court's Final Rulings Re: Plaintiff's Supplemental Motion for Summary Judgment and Defendants' Supplemental Motion for Summary Judgment [Dkt. #102], IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Lucia Cortez is entitled to a statutory penalty of $750 on her claim for failure to provide her personnel file.

1  Plaintiff Lucia Cortez is the prevailing party on her claim for failure to provide her personnel file, and Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC are the prevailing parties on all other causes of action. Judgment ENTERS in favor of each party as set forth herein.

Dated: September 2, 2021

By: *George H. Wu*
HON. GEORGE H. WU,
United States District Judge

Submitted August 31, 2021 by:

| MESSNER REEVES, LLP | THE GREEN LAW GROUP, LLP |
| Charles C. Cavanagh | Scott Thomas Green |
| Kathleen J. Mowry | Matthew T. Bechtel |

By:  /s/ *Charles C. Cavanagh*          By:  /s/ *Matthew T. Bechtel*
Attorneys for Defendants                    Attorneys for Plaintiff